AO 458 (Rev. 06/09) Appearance of Counsel

UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Eva Hodges | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10147-ADB |
| Newrez, LLC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Eva Hodges.

Date:   02/10/2026

s/ Matthew W.H. Wessler
*Attorney's signature*

Matthew W.H. Wessler, BBO#664208
*Printed name and bar number*

361 Newbury Street,
Fifth Floor
Boston, MA 02115
*Address*

matt@guptawessler.com
*E-mail address*

(617) 939-9463
*Telephone number*

*FAX number*